UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNY LLOYD LUMPKIN,

    Plaintiff,

v.                                      Case No.  5:18-cv-208-MCR/MJF

LUCAS N. TAYLOR, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk. On March 26, 2019, the court ordered Plaintiff to file a second amended complaint (or notice of voluntary dismissal) within 30 days. (Doc. 10). Plaintiff was warned that failure to do so likely would result in dismissal of this case. (*Id*., pp. 8-9). The clerk of court mailed a copy of the order to Plaintiff at his then address of record (the Holmes County Jail). The mail was returned as undeliverable on April 1, 2019. (Doc. 11).

On April 2, 2019, the court ordered Plaintiff to demonstrate his continued interest in this case by filing a notice of his current address within 14 days. (Doc. 12). The court warned Plaintiff that failure to do so likely would result in dismissal of this case for failure to prosecute and failure to comply with a court order. (*Id*.).

Page **1** of **3**

The clerk of court mailed a copy of the order to Plaintiff at his address of record (*see* Doc. 10, Receipt), and also mailed a copy to Plaintiff at Lancaster Correctional Institution, believing that to be Plaintiff's current address. Neither copy was returned as undeliverable. To date, Plaintiff has not complied with the order and has not responded to the May 1, 2019, order (Doc. 13) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to comply with a court order and failure to prosecute.

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a court order.[1]

2. The clerk be directed to close the file.

At Pensacola, Florida, this 30th day of May 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**